UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OLGA TODOROVIC,**
**individually,**

    **Plaintiff(s),**

v.                                                                        CASE NO:  5:17-cv-157-Oc-30PRL

**HARTFORD LIFE AND ANNUITY**
**INSURANCE COMPANY,**
**a foreign profit corporation,**

    **Defendant(s).**
_____/

**O R D E R**

The Court has been advised via Parties' Stipulated Notice of Settlement (Dkt. #24) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on October 23, 2017.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

S:\OCALA\2017\17-cv-157.60daydismissal.order.wpd